## CULL et al. v. CAVANAUGH et al.

No. 7848—Opinion Filed Dec. 9, 1919.

(Syllabus by the Court.)

### Appeal and Error—Failure to File Brief—Dismissal.

When a case has been regularly assigned and submitted, and plaintiff in error fails to file brief or offer any excuse for not doing so, it will be presumed that the appeal has been abandoned, and the same will be dismissed.

Error from District Court, Tulsa County; Con Linn, Judge.

Action between M. B. Cavanaugh and others and M. E. Cull and others. From the judgment, the parties last named bring error. Dismissed.

Randolph, Haver & Shirk, for plaintiffs in error.

Pat Malloy, Gregg & Martin, and O'Meara & Sipe, for defendants in error.

BAILEY, J. Petition in error and case-made in this case was filed in this court on December 30, 1915. Thereafter motion to dismiss said cause was filed and overruled. On June 25, 1917, said case was submitted and plaintiffs in error were given thirty days in which to file brief, and defendants in error twenty days thereafter within which to file answer brief. Neither party to this appeal has served or filed briefs or offered any excuse for failure to do so. It has been frequently held by this court, where a cause has been regularly assigned for submission and submitted, and the plaintiff in error fails to file a brief, or to offer any excuse for not so doing, it will be presumed that the appeal has been abandoned and the same will be dismissed.

And it is so ordered.

All the Justices concur.